GABLE, DBA BOOK SALES CO. *v.* JENKINS

No. 1049.   Decided April 20, 1970

*Wesley R. Asinof* for appellant.

*Henry L. Bowden* for appellee.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE WHITE are of the opinion that probable jurisdiction should be noted and the case set for oral argument.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.